1  STEVEN KALAR
   Federal Public Defender
2  GABRIELA BISCHOF
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant Rosas

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 15-0463 MMC |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING STATUS |
| | ) | CONFERENCE |
| NICOLAS TORRES ROSAS, | ) | |
| Defendant. | ) | |

The above-captioned case is currently set for status conference on October 14, 2015. Both parties are still actively engaged in negotiations and the defense is conducting investigation. As a result, the parties will be better equipped to present a resolution to the Court on October 21, 2015. Therefore, both jointly request and stipulate that the status conference be continued to October 21, 2015. Time was previously excluded until that date.

IT IS SO STIPULATED.

October 9, 2015                                /s/
_____        _____
DATED                                          BRIAN STRETCH
                                               Acting United States Attorney
                                               Northern District of California
                                               SARAH HAWKINS
                                               Assistant United States Attorney

*Def. Rosas*, CR 15-0463 MMC

October 9, 2015                                          /s/
_____                      _____
DATED                                    STEVEN G. KALAR
                                         Federal Public Defender
                                         Northern District of California
                                         GABRIELA BISCHOF
                                         Assistant Federal Public Defender

IT IS SO ORDERED.


October 13, 2015
Dated                                    MAXINE M. CHESNEY
                                         United States District Judge

*Def. Rosas*, CR 15-0463 MMC

2